UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUTCH EXPRESS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>RAD POWER BIKES, INC.,<br><br>         Defendant. | 24 Civ. 703 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On April 2, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **April 9, 2024**, at **11:00 a.m. EST**. *See* ECF No. 17.

In the proposed case management plan, the parties proposed that expert disclosures would be made *after* all discovery is completed. That is, the parties indicated that all expert discovery, including expert reports and depositions, would be completed by September 20, 2024; but that Plaintiff's expert disclosures would be due by December 16, 2024, and Defendant's expert disclosures by January 16, 2025. *See* ECF No. 17-1.

The Court assumes that this is a typographical error. Accordingly, it is hereby **ORDERED** that the parties file a revised proposed case management plan with the correct dates by **April 8, 2024, 12:00 p.m. ET**.

   SO ORDERED.

Dated: April 5, 2024
   New York, New York

                          DALE E. HO
                         United States District Judge