UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUTCH EXPRESS, LLC,

                           Plaintiff,

              v.

RAD POWER BIKES, INC.,

                           Defendant.

24 Civ. 703 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On April 2, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **April 9, 2024**, at **11:00 a.m. EST**. *See* ECF No. 17.  Following the April 5, 2024 Order, ECF No. 18, the parties filed a revised proposed case management plan on April 8, 2024, ECF No. 19.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

          SO ORDERED.

Dated:  April 8, 2024
          New York, New York

                                                    _____
                                                           DALE E. HO
                                                    United States District Judge