UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dutch Express, LLC,<br><br>                              Plaintiff,<br><br>                    v.<br><br>Rad Power Bikes Inc.,<br><br>                              Defendant. | 24 Civ. 703 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' proposed amended case management plan designating a fact discovery deadline of March 14, 2025.  ECF No. 39.  Previously, the Court granted the parties' request to extend the fact discovery deadline to January 31, 2025.  ECF No. 37.  The parties have not sought, and the Court has not granted, any extension of fact discovery beyond January 31, 2025.  The parties are hereby ordered to re-file their proposed amended case management plan reflecting the authorized fact discovery deadline of January 31, 2025, adjusting the other deadlines accordingly.

SO ORDERED.

Dated: December 12, 2024
            New York, New York

_____
DALE E. HO
United States District Judge